UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-01439-ODW(SPx) | Date | October 4, 2012 |
|---|---|---|---|
| Title | Robert Perez v. ERI Financial Services | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sheila English | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**      ( In Chambers):      Order to Show Cause re Case Settlement

   The Court is in receipt of a Notice of Settlement **[8]** filed October 3, 2012.  The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, December 3, 2012 at 1:30 p.m.**  Accordingly, all other dates are vacated and taken off calendar.

   The OSC hearing will be vacated upon the filing of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |